IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON R. JORDAN, | ) | |
|     Plaintiff, | ) | Case No. 7:16CV00468 |
| | ) | |
| v. | ) | |
| | ) | |
| T. LARGE | ) | By: Elizabeth K. Dillon |
|     Defendant. | ) |     United States District Judge |
| | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED as follows:

1) Defendant's motion for summary judgment (Docket No. 17) is DENIED.

2) The Clerk is DIRECTED to set this matter for a jury trial in the Roanoke Division.

3) The Clerk shall send a copy of this order and the memorandum opinion to all counsel of record and to the *pro se* plaintiff.

Entered: March 5, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge